Amended: I am NEEDing to be Moved to A Civil Rights Detainee Center.

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

(Defendants name is not Bobby lumpkin, Wote)

IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF TEXAS
Houston DIVISION

John Eldridge Murphy 02378001
Plaintiff's Name and ID Number

TEXAS Department of Criminal Justice
Place of Confinement

CASE NO.____________________
(Clerk will assign the number)

v.

(Director) Brian Collier (TDCJ)
Defendant's Name and Address

(Asst. Director) Dickerson
Defendant's Name and Address

Warden Landis
Defendant's Name and Address
( DO NOT USE "ET AL.")

United States Courts
Southern District of Texas
FILED
7/22/2024
Nathan Ochsner, Clerk of Court

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00.**

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO

B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: May 10th 2023
2. Parties to previous lawsuit:
   Plaintiff(s) John Eldridge Murphy
   Defendant(s) WARDEN Chavelier
3. Court: (If federal, name the district; if state, name the county.) Southern District/Houston TX.
4. Cause number: H-23-1600
5. Name of judge to whom case was assigned: Keith P. Ellison
6. Disposition: (Was the case dismissed, appealed, still pending?) Moved to Detainer Center (was not)
7. Approximate date of disposition: Suppose to Be Moved to a civil Rights Detention Center/ and an Attorney appointed/never happened.?

II. PLACE OF PRESENT CONFINEMENT: TEXAS Department of Criminal Justice

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ✓ YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Brian Collier / Director of TDCJ
PO Box 99 Huntsville TX. 77340
Region I TEXAS Department of Criminal Justice

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Asst Director Dickerson

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Cutt off legal mail / G/4 nelson mandela Acts / Denied Access to Courts medical Religion (More)

Defendant #2: Warden Strong

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
Same –

Defendant #3: Warden Charles L. Landis
~~Cutt off leg~~

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
Cutt off legal mail / Reading my legal mail / Denied Access to the Courts / / medical / Religion

Defendant #4: Warden Chavelier

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Denied Access to medical / Religion / Courts,
* Stage 4 Chronic Kidney Disease *

PHD Defendant #5: Dr. Martha Hughes TDCJ, UTMB

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Stage 3/4 Chronic Kidney Disease /
Have not Seen A specialist /
Suppose to 3 4-22 – Still Havent.
Also Stomach / Colan / Liver / More

Rev. 05/15

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

i need to be moved to A Prisoners Civil Right Detainee's Center. (Also) An ATTORNY Appointed to me.

I Wont to Trie Both the 2254 And 1983 together. 28 USC 1331 Federal District Courts have the Power to here (all civil) actions Arrising From the Constitution.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Civil Right's Denainee Center / And Court Appointed Attorney, I'm living Proof Slavery Stil Exist in The STATE OF TEXAS.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

John "(Johnny)" Eldridge Murphy

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

04204268

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES __✓__NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): ____________

2. Case number: ____________

3. Approximate date sanctions were imposed: ____________

4. Have the sanctions been lifted or otherwise satisfied? ____YES ____NO

C. Has any court ever warned or notified you that sanctions could be imposed? ____ YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): ____________________
2. Case number: ____________________
3. Approximate date warning was issued: ____________________

Executed on: ____________
DATE

John Eldridge Murphy
02378001
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 10th (Day) day of July (month), 20 24 (year).

02378001
John E. Murphy
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

ADD ON TO 1983/Civil Rights

IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF TEXAS
Houston DIVISION

John Eldridge Murphy 02378001
Plaintiffs name and ID number

TEXAS DEPARTMENT OF CRIMINAL Justice
Place of Confinement

CASE NO. ______________
Clerk will assign the No.

Director Brian Collier (TDCJ)
Defendants name and Address

Asst Director Dickerson
Defendants name and Address

WArden Landis, Charles, L. Byrd unit/ Holliday
Defendants name And Address

---

i am Requesting to be Moved to A Federal Prisoner's Civil Rights Detainer Center, (Also) (Also) A lawyer Appointed to me By the U.S. District Court, Houston Division, Southern District, OF TEXAS.

There's To many names to list At this Time, And too many Violations inside These WAll's At TEXAS Department of Criminal Justice. I Am Living Breathing Proof At this Time That Slavery still Exist in the State of TEXAS....

John E. Murphy, 02378001,,, (Date) = ______________
John E. Murphy, Byrd unit F-22-10-B 101 day's in Transit Byrd Unit

(Pg 1 oF 2)

United States Courts
Southern District of Texas
FILED
JUL 22 2024
Nathan Ochsner, Clerk of Court

WHEREFORE, I PRAY THAT THE COURT GRANT THE RELIEF TO WHICH APPLICANT MAY BE ENTITLED IN THIS PROCEEDING.

## VERIFICATION

**This application form *must be verified* in one of the following ways by either an applicant or a petitioner or it may be dismissed for noncompliance.**

*Applicants*

In order to verify this application form, an applicant must sign one of the following:

(1) the "Unsworn Declaration" for inmates (page 16) if applicant is an inmate; or
(2) the "Unsworn Declaration" for non-inmates (page 17) if applicant is not an inmate; or
(3) the "Oath Before a Notary Public" before a notary public (page 18).

*Petitioners*

If a petitioner, including an attorney, presents an application form on behalf of an applicant, the petitioner may verify the application form for the applicant. In order to verify this application form, a petitioner must sign one of the following:

(1) the "Unsworn Declaration" for inmates (page 16) if petitioner is an inmate; or
(2) the "Unsworn Declaration" for non-inmates (page 17) if petitioner is not an inmate; or
(3) the "Oath Before a Notary Public" before a notary public (page 18).

In addition, *all petitioners*, including attorneys, presenting an application on behalf of an applicant must complete "Petitioner's Information" and sign "Petitioner's Statement" (page 19).

## UNSWORN DECLARATION (INMATE)

My name is (First) John (Middle) Eldridge (Last) Murphy, my date of birth is 11-03-71, and my inmate identifying number, if any, is 02378001

I am presently incarcerated in (Corrections unit name) Byrd in

(City) Huntsville, (County) WAlker, (State) TEXAS,

(Zip Code) 77320. I declare under penalty of perjury that the contents of this application for a writ of habeas corpus and the facts stated in the application form are true and correct.

Executed on the 10th day of (Month) July (Year) 2024

Signature of Declarant: John Eldridge Murphy

JOHN Eldridge Murphy, 02378001
Byrd unit / (Cell) F22-10-B
21 FM 247
Huntsville, TX. 77320

United States Courts
Southern District of Texas
FILED

JUL 22 2024

Nathan Ochsner, Clerk of Court

(Clerk) Nathan Ochsner
United States' District Court
Southern District of Texas
P.O. Box 61010
Houston, TX. 77208

OFFICIAL BUSINESS

(Legal Mail)