Judge CHARles R. ESKRIDGES II AMEnd 1983
4:24 CV 02828, Also Ellisons Court Room

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 12/2023) I HAVE Both 2254, 4:24 CV01262 And AMEnd 1983 out OF Judge ESKRidges CourtRoom Both

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

JOHN ELDRIDGE MURPHY 2378001
Plaintiff's Name and ID Number

2 OF 3 Copies FOR Judge ESKRidges AMEnd 4:24 CV 02828

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
Place of Confinement

CASE NO.__________
(Clerk will assign the number) AMEND 4:24 CV 02828

v.

TDCJ-CID DIRECTOR, BRIAN COLLIER
861-B IH 45 north, Huntsville, TX. 77320.
Defendant's Name and Address

TEXAS ATTORNEY GENRAL; KEN PAXTON, (ATTENTION) Ed Marshall
PRICE Daniels Building (7th Floor), 209 WEST 14th STREET, Austin TX, 78701
Defendant's Name and Address

Angelia ~~[illegible]~~ Pharries (Ellis I law librarian)
Defendant's Name and Address
(DO NOT USE "ET AL.")

United States Courts
Southern District of Texas
FILED
OCT 23 2024
Nathan Ochsner, Clerk of Court

INSTRUCTIONS - READ CAREFULLY

NOTICE:

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE. ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

AMEND, AWARDED Judge ESKRIdges
Courtroom, 1983

FILING FEE AND *IN FORMA PAUPERIS* (IFP) ALSO SAME Courtrm AMEND 2254 Still Pending.

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $55.00 for a total fee of $405.00.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $55.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

## I. PREVIOUS LAWSUITS:

A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES __ NO

B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: July 16th 2024 Judge ESKRidge.
2. Parties to previous lawsuit:
   Plaintiff(s) John Eldridge Murphy 2378001
   Defendant(s) TDCJ CID Director Brian Collier / and TX ATTORNEY general KEN PAXTON
3. Court: (If federal, name the district; if state, name the county.) Southern
4. Cause number: 4:24 cv. 01262 / DKT. 1 / DKT. 4 AMEND 2254 / DKT 5
5. Name of judge to whom case was assigned: Judge CHARLES R ESKRIdge II
6. Disposition: (Was the case dismissed, appealed, still pending?) Still Pending/
7. Approximate date of disposition: Filed / July 16th 2024 / ESKRidge.

ATT THIS AMEND 1983

Amend 1983 Judge ESKIdgES Court Room.
(Also) ongoing, 2254 Amend

II. PLACE OF PRESENT CONFINEMENT: Ellis I / Unit

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.
SAme As 2254 still Pending ESKRIdge
Also/ DEStroying my Grievances in TDCJ.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: John Eldridge Murphy 2378001
O.B. Ellis / TDCJ Unit, 1697 FM 980, Huntsville, TX. 77343
(Also) ~~Def~~

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: TDCJ-CID-Director BRian Collier H1
861-B IH 45 NORTH, Huntsville TX. 77320

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
I HAVE BEEN Tortured, DEnied Access, Legal And FEderal mail Confiscated, Covering up. !!

Defendant #2: ~~TX ATTORNEY General KEN PAXTON / ATTENtion~~ Ed marshall, Price Daniels Bldg. 7th Floor, 209 W. 14th St. Austin TX. 78701

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
I HAVE BEEN in TDCJ FOR 3 years, When I Am not Suppose To BE in PRISON —

Defendant #3: Angelia Pharries, law librarian Ellis Unit
1697 FM 980 Huntsville TX. 77343

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. FBI
(HElping) ~~an~~ Cut ME OFF TO the FEderal Courts / Agencies!!

Defendant #4: Stephanie Cox Ellis I, Librarian II Ellis I
FBI NEEds to be Contacted, Cutting my legal Mail OFF

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
FBI NEEds to be Notified, My legal Mail Cut OFF.

Defendant #5: MAJOR / WARden ~~B~~ Lisa ASHWORTH Confiscating (mail)
Ellis I MAJOR / mail to FBI, US Marshalls, UTMB, Federal Courts (Denied)

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Confiscating Mail to FBI / US MARShalls / UTMB MEdical And your Court RM. ESKRIdge

STAge 3 Chronic Kidney ~~Disease~~ Disease
— 3 YEARS no treatment — ? Cut OFF

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

i would like someone to open there eyes MR. ESKRidge, and look at your paper Files inside the file Cabinets, not on your Computers, your Computers are hacked Judge ESKRidge By the State of TEXAS, Jewel Taylor, Barbra Taylor, Clint McRae, KEVin Lunsford and many others envolved trying to cover up thousands of Set up cases Just like mine Judge ESKRidge. I was Set up and torti by a Cops WiFE inside TDCJ Also, CSIII Sullovan. and Arrested on Expired ORder/Bond.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Set FRee, this Requires by Federal, STATE law. I be Re-leased now, Judge ESRRidge, yesterday now.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

John (Johnny) Eldridge Murphy

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

638100 / 2378001

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division):____________

2. Case number:____________

3. Approximate date sanctions were imposed:____________

4. Have the sanctions been lifted or otherwise satisfied? ____YES ____NO

C. Has any court ever warned or notified you that sanctions could be imposed? _____YES_____NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): ____________________
2. Case number: ____________________
3. Approximate date warning was issued: ____________________

Executed on: ____________
DATE

2378001
John E Murphy
(Signature of Plaintiff)

PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 10th (Day) day of October (month), 20 24 (year).

2378001 John Eldridge Murphy
John E. Murphy
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

DEfendant #6 CSIII Sullovan TDCJ is Detective Sullovan's wife out of Walker County Sheriffs Department Detective Sullovan's on this case 1983/2254 Amend, Both out of your Courtrm. Judge Eskridge, 1983 Amend 4:24 CV 02828 Amend 2254 4:24 CV 01262.

Detective Sullovan's Arrested me on an Expired Protective Order/Bonds. And I Bonded out of County Jail here in Walker County TX, on this same Expired Protective Order/ Bonds, used in Jury Trial to Convict All wile the Protective order/Bonds had Expired.

TDCJ-CID Addministration CSIII MRS Sullovan, Works At Byrd Unit came over to Ellis I, Reran cases that wer, verbal Repremands,
By Sgt. MiddleBrooks, And Lt. BradFord/Jolson
The TDCJ cases wer over the time to convict me in TDCJ Court, where I was G/4 SEGs for 1 year, to try and cover up, All. And I Have Stage 3 Kidney Disease, Colan, Stomach, Bladder Prostate - And much more not Treated, 3 years

John E. Murphy
2378001
10-10-24

John E. Murphy
2378001
Ellis/unit
1697 Fm 980
Huntsville TX. 77343







Judge Eskridge
United States District COURT
Southern District OF
TExas
Houston Division
PO. Box 61010
Houston, TX. 77208

United States Courts
Southern District of Texas
FILED
OCT 23 2024
Nathan Ochsner, Clerk of Court

(5)

~~Legal~~ Special