Judge CHARles R. ESKRIDGE II AMEND 1983
4:24 cv 02828

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 12/2023)

(1 oF 3)(Copies)
Clerks Copy

Amend
1983
4:24 CV02828

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

John ELDRIDGE MURPHY 2378001
Plaintiff's Name and ID Number

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
Place of Confinement

CASE NO.__________________
(Clerk will assign the number)
Amend: 4:24 CV02828

v.

TDCJ-CID-DIRECTOR Brian Collier, 8861-B IH45 NORTH Huntsville, TX, 77320
Defendant's Name and Address

= TEXAS ATTORNEY GENERAL KEN PAXTON, ATTENTION Ed Marshall
PRICE Daniels Building (7th Floor) 209 WEST 14th street; Austin, TX. 78701
Defendant's Name and Address

United States Courts
Southern District of Texas
FILED
OCT 23 2024
Nathan Ochsner, Clerk of Court

Angelia Phanles, (Ellis I law librarian)
Defendant's Name and Address
( DO NOT USE "ET AL.")

INSTRUCTIONS - READ CAREFULLY

NOTICE:

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE. ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.



laddon

AMENDED 1983 | Judge Charles R. Eskridges Courtroom
4:24 CV 02828

FILING FEE AND *IN FORMA PAUPERIS* (IFP) (Also) SAME COURTROOM AMENDED 2254.

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $55.00 for a total fee of $405.00.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $55.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES __ NO

B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: July 16th 2024 / 2254 Eskridges Court.
2. Parties to previous lawsuit: Also - This Amend 1983. Eskridges Court.
   Plaintiff(s) JOHN ELDRIDGE MURPHY 2378001
   Defendant(s) TDCJ CID Director Brian Collier / TEXAS ATTORNEY GENERAL KEN PAXTON
3. Court: (If federal, name the district; if state, name the county.) Southern
4. Cause number: CASE NO. 4:24 CV 01262 DKT. 1 AMEND 2254 DKT. 4 (1983 AMEND 4:24 02828)
5. Name of judge to whom case was assigned: CHARLES R. ESKRIDGE II DKT. 5.
6. Disposition: (Was the case dismissed, appealed, still pending?) Still Pending / DEFAULT...
7. Approximate date of disposition: July 16th 2024 Filed By Ochsner/Clerk

9/12/24 Respondents in DEFAULT on AMENDED 2254.
Also / this 1983 AMEND Same Court.

AMENDED 1983 | Judge ESKRIdges CourtRoom
(ALSO) AMENDED 2254 SAME CourtRm.

II. PLACE OF PRESENT CONFINEMENT: Ellis I / Unit

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT: SAME AS 2254 thats PEnding DEFAult Judge ESK

A. Name and address of plaintiff: John Eldridge Murphy, 2378001, O.B. Ellis I / TDCJ Unit 1697 FM 980 Huntsville TX. 77343 (ALSO) DEFAult By The STATE in your CourtRM ESKRIdge.

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

THE STATE ARRESTED ME ON EXPIRED ORDER ?

Defendant #1: TEXAS ATTORNEY GENRAL / KEN PAXTON Also/ Ed marshal, PRICE DAniels Building 7th Floor, 209 WEST 14th street. Austin TX. 78701

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

i have been in PRISON FOR 3 YEARS. when I AM not suppose to be here, SET up. STATE TRYING to COVER up.

Defendant #2: ~~TDCJ CID DIRECTOR BRIAN Collier~~ 861-B IH 45 NORTH Huntsville TX. 77320.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. (MORE)

i have been tortured, Denied ACCESS, legal FEderal mail and materials Confiscated, to to your CourtRM. Also.

Defendant #3: Angelia Pharries, law library, Ellis Unit Cutting ME OFF to the FBI / US MARshall / YOUR CourtRm,

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

ConFiscating, RE Routing, legal / FEderal Mail to Courts, MEdical, Religion, And Courts, FBI, US MARshalls

Defendant #4: Stephanie Cox Ellis I LibrarrianII

YOUR CourtRm. HACKED, DEnied my mail going out to FBI / MARshalls

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

DEnying my mail going to Courts, MEdical, FBI / ~~US~~ US MARSHALLS And YOUR CourtRoom.

Defendant #5: MAJOR / WARden Lisa Ashworth / Ellis I TDCJ / MAJOR. Mail to FBI / US marshalls; UTMB, FEderal Courts, ConFiscated?

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

ON the MAJOR'S computer in HER OFFICE, All my legal United STATES mail, to the FBI / US MARshalls, FEderal Courts, ConFiscated, my legal Mail, gone threw, READ, ConFiscated By the State OF TEXAS.

The State OF TEXAS And WALKER County Sheriffs DEpartment Arrested ME ON AN Expired Protective order. Bonds USED in Jury Trial in Jury Trial Trans cripts The Arrest) And Expired Protective order. (Not Guilty)

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

i would ~~not~~ like Somone to open there eyes Mr. Eskridge, And look At your paper Files in the File Cabinets, not on your Computer, your Computers ARE ~~HOSKE~~ HAcked Judge Eskridge By the STATE OF TEXAS, Jewel Taylor; Barbra Taylor, Clint MEAGE, KEVIN LundsFord, And many others Trying to Couer up, Thousands OF SEt up CASES Just like mine Judge ESKRidge. I WAS SEt up by A Cops WiFE inside TDCJ Also CSIII Sulluvan, And Arrested on AW ExpiREd ORdER/Bonds.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

SEt FREE, this REQUIRES by FEderal And State law, I be RElEASEd now, yEsterday!! Judge!!

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

John (Johnny) Eldridge Murphy

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

638100 / 2378001

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): ________
2. Case number: ________
3. Approximate date sanctions were imposed: ________
4. Have the sanctions been lifted or otherwise satisfied? ____YES ____NO

C. Has any court ever warned or notified you that sanctions could be imposed? _____YES____NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): ____________

2. Case number: ____________

3. Approximate date warning was issued: ____________

Executed on: ____________
DATE

2378001

John Eldridge Murphy
(Signature of Plaintiff)

PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 10th (Day) day of October (month), 20 24 (year).

2378001 John Eldridge Murphy

John Eldridge Murphy
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

DeFendant #6 CSIII MRS. Sullovan TDCJ
is Detective Sullovans wiFe out
OF WAlKeR County Sheriffs Department
Detective Sullovan, ow this Case
(1983/2284)(Bonth Amend) out OF youR
Courtroom, Judge Charles R. ESKRidge II
Detective Sullovan Arrested on AW
Expired Protective ORder/Bonds,
And I Bonded out OF WAlKeR County Jail,
here in WAlker county TX. on thes veRy
Same Expired Protective ORder/Bonds
wile it had Expired.
TDCJ-CID-Addministration CSIII Sullovan
works At Byrd unit/ came over to
Ellis I unit/ Re-Ran cases here in
Ellis I-TDCJ, that I had been given
Verball Repremands over, it was 30 and
40 days past time to have me in TDCJ
Court, G/4 Seg FoR A YEAR.
I HAVE Stage 3/4 Chronic Kidney Diseaise
Colan, Bladder, Stomach, Prostate, and more
not treated At All!!
And much more than this!! Judge
ESKRidge.

John E. Murphy
2378001 10-10-24

John E. Murphy
2378001
Ellis/unit
1697 Fm 980
Huntsville TX. 77343






Judge Eskridge
United States District COURT
Southern District OF
TExas
Houston Division
PO. Box 61010
Houston, TX. 77208

United States Courts
Southern District of Texas
FILED
OCT 23 2024
Nathan Ochsner, Clerk of Court

(5)

~~Legal~~ Special