Court Room, Nathan Ochsner, US District Clerk

Attn: I Am Being held in captivity.

(For) Judge Charles R. Eskridge II

United States District Court.

Southern District OF TEXAS,

United States Courts
Southern District of Texas
FILED
JAN 29 2025
Nathan Ochsner, Clerk of Court

4:24cv2828

Houston Division,

I HAVE wrote you Several Times to Know Success At All Judge Eskridge. I HAVE (Stage III (3) Kidney Chronic) Failure. TDCJ = is Denying me Access to Medical And Known about ~~this~~ For 3 years, And done nothing And Hurting like HELL. Also, Stomach Holes, Colan, Prostate, Pancreous, Liver, And more medical, no Chronic care in over 3 YEARS. over 54 labs UTMB, All Documents to Prove All is true.

(Also) Because Trying to cover up Setting me up. WAlker County Sheriffs Department Arrested me over 7 Times on Expired cause numbers 28982/28984 = USED to Convict? Under the Due Process Clause OF the 14th And 5th Amendment. This is TERRORISM. Nelson MAndela Torture Acts Apply Also. This Requires the FBI/ US Marshals, to Speak with me, I HAVE AN legal Documents to Prove I was Set up, And Being held in captivity. (POW)

(POW) (H.I.C.)

John Eldridge Murphy Date 1-22-25

2378001 John Eldridge Murphy

Sealed U.S. Mail legal

John Eldridge Murphy
02378001
1697 Fm 980
Huntsville, TX, 77343

HOUSTON TX RPDC 773
27 JAN 2025 PM 4 L



(Ct. Rm) Judge, Charles R. Eskridge
United States District
Court
Southern District of Texas
Houston Division
P.O. Box 61010
Houston TX, 77208

5

(Legal)

77208-101010